| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 0648 1:14CR00118 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 3:18-00089 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Christopher Charles Gulley | Ohio Southern | Western |
| | NAME OF SENTENCING JUDGE | |
| | U.S. District Court Judge Michael R. Barrett | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 2/16/2017 | TO 2/15/2020 |

OFFENSE

18 USC 922(g)(3) and 924(a)(2) Possession of a Firearm by a Prohibited Person

---

PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Southern___ DISTRICT OF ___Ohio___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Middle District of Tennessee___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_March 30, 2018_ _____
Date                                  United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___MIDDLE___ DISTRICT OF ___TENNESSEE___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_April 13, 2018_ _____
Effective Date                        United States District Judge